IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LEININ MARIN GUACHE and DANNY
MARIN GARCIA,

         *Petitioner*,

    v.

WARDEN LEONARD ODDO, *et al*,

         *Respondents*.

Civil Action No. 3:26-cv-459

Hon. William S. Stickman IV

**CASE MANAGEMENT ORDER**

AND NOW, this 18th day of March 2026, IT IS HEREBY ORDERED as follows:

1.    **Service**. Petitioner's counsel shall serve Respondents with a copy of this order and the Petition via a single e-mail at: usapaw.civ.imm.2241.moshannon@usdoj.gov. The subject line of the email shall contain the case caption and case number of this matter. If the Petition contains voluminous exhibits, they need not be emailed.[1] The email service shall be deemed sufficient to accomplish formal service of the Petition. No other documents, pleadings, or motions may be emailed to this email address.

2.    **Certificate of compliance of service.** Upon completion of service via e-mail as reflected in Paragraph 1, Petitioner's counsel shall file a notice of compliance, certifying the date and time of service.

---

[1] Petitioner's counsel shall provide all such exhibits upon request of Respondents' counsel.

3.       **Respondents' counsel notice of appearances**.  Counsel for Respondents shall file a notice of appearance within **3 days** of the filing of Petitioner's Certificate of Compliance of Service.

4.       **Respondents' responses to the petition.**  Respondents shall file any responses or answers to the petition, not to exceed 25 pages, within **30 days** of the date of service.

BY THE COURT:


 s/  William S. Stickman IV
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE