IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LEININ MARIN GUACHE and DANNY MARIN GARCIA,

*Petitioner*,

v.

WARDEN LEONARD ODDO, *et al*,

*Respondents*.

Civil Action No. 3:26-cv-459

Hon. William S. Stickman IV

**JUDGMENT ORDER**

AND NOW, this 2nd day of April 2026, IT IS HEREBY ORDERED that pursuant to Rule 58 of the Federal Rules of Civil Procedure, judgment is entered in favor of Petitioner and against Respondents only as specified in the Order issued this day. The Clerk of Court is directed to mark this CASE CLOSED.

BY THE COURT:

/*s/William S. Stickman IV*
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE